FILED

2017 Jan-04  PM 02:19
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## EASTERN DIVISION

| | |
|---|---|
| **KENNY CONGER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Case No.: 1:16-CV-1992-VEH** |
| ) | |
| **LVNV FUNDING, LLC,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

The court having been advised by counsel for Plaintiff that the above entitled cause has been settled, it is **ORDERED**, **ADJUDGED**, and **DECREED** that this case is hereby **DISMISSED WITH PREJUDICE**, costs taxed as paid.  (*See* doc. 8). Provided, however, that any party may seek to reopen the action within ninety (90) days, upon good cause shown, or submit a stipulated form of final judgment. Further, the court **RETAINS** jurisdiction to enforce the settlement agreement reached between the parties.

**DONE** and **ORDERED** this 4th day of January, 2017.

**VIRGINIA EMERSON HOPKINS**
United States District Judge